IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PEDRO SEGURA, SR.,

        Plaintiff,

v.

COMMANDER TAD LARSON; MARION COUNTY SHERIFF'S OFFICE – JAIL; and JOHN DOES,

        Defendants.

No. 6:21-cv-00223-YY

ORDER

HERNÁNDEZ, District Judge:

    Magistrate Judge You issued a Findings and Recommendation on August 10, 2022, in which she recommends that this Court grant Defendants' motion for summary judgment and deny Plaintiff's motion for leave to file an amended complaint. F&R, ECF 205. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

Plaintiff filed timely objections to the Magistrate Judge's Findings and Recommendation. Pl. Obj., ECF 207. When any party objects to any portion of the Magistrate Judge's Findings & Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

Plaintiff does not express specific objections to the Magistrate Judge's findings. Instead, Plaintiff restates his arguments in opposition to Defendants' motion for summary judgment. The Court has carefully considered Plaintiff's objections and arguments, and the Court concludes that there is no basis to modify the Findings & Recommendation. The Court has also reviewed the pertinent portions of the record *de novo* and finds no error in the Magistrate Judge's Findings & Recommendation.

## CONCLUSION

The Court ADOPTS Magistrate Judge You's Findings and Recommendation [205]. Therefore, Defendant's Motion for Summary Judgment [167] is GRANTED and Plaintiff's Motion for Leave to File an Amended Complaint [128] is DENIED.

IT IS SO ORDERED.

DATED:     November 3, 2022     .

*[signature: Marco Hernández]*
MARCO A. HERNÁNDEZ
United States District Judge

2 - ORDER